THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2). SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Terry Gorgio Leach,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-126
Submitted November 19, 2003  Filed 
 February 26, 2004

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Thomas E. Pope, Solicitor's of York, for Respondent.
 
 
 

PER CURIAM: Terry Leach appeals the sentence 
 of fifteen to twenty-three years he received after pleading guilty to charges 
 of conspiracy, trafficking crack cocaine, and possession with intent to distribute 
 within the proximity of a park or a school. Counsel for Leach attached to the 
 final brief a petition to be relieved as counsel. Leach filed a separate pro 
 se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Leachs appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
Huff, Stilwell, and Beatty, JJ. concur.